UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-21961-CIV-ALTONAGA/Torres

**ALAN DERSHOWITZ,**

    Plaintiff,

v.

**NETFLIX, INC.**; *et al.*,

    Defendants.

_____/

## NOTICE OF CHANGE OF ADDRESS

    Attorney Sean A. Burstyn files this Notice of Change of Address in the above captioned case, and respectfully requests that all future pleadings, memoranda, correspondence, orders, etc., be sent to:

    **BURSTYN LAW PLLC**
    1111 Brickell Avenue, Suite 1550
    Miami, FL 33131
    Phone No: (917) 810-8450
    Sean.Burstyn@BurstynLaw.com

Dated: July 6, 2021

Respectfully submitted,

/s/ *Sean A. Burstyn*
Sean A. Burstyn, Florida Bar No. 1028778
**BURSTYN LAW PLLC**
1111 Brickell Avenue, Suite 1550
Miami, FL 33131
Phone No: (917) 810-8450
Sean.Burstyn@BurstynLaw.com

*Attorney for Plaintiff Alan Dershowitz*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 6, 2021, I e-filed this document using the CM/ECF system to all counsel of record.

/s/ *Sean A. Burstyn*
Sean A. Burstyn