UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-21961-ALTONAGA/TORRES

ALAN DERSHOWITZ,

    Plaintiff,

      v.

NETFLIX, INC., *et al.*,

    Defendants.
_____/

## JOINT SCHEDULING REPORT

Plaintiff, Alan Dershowitz, and Defendants Netflix, Inc.; Leroy & Morton Productions LLC; Radical Media LLC; Lisa Bryant; and Joseph Berlinger (collectively, "the parties"), through their respective undersigned counsel, and pursuant to the Order Requiring Scheduling Report and Certificates of Interested Parties [ECF No. 21] and S.D. Fla. Local Rule 16.1, met and conferred in good faith on July 23, 2021, about all matters required as follows:

(A)    **The likelihood of settlement**: The parties will discuss settlement in good faith, as appropriate, throughout the case. At this time, settlement is unlikely.

(B)    **The likelihood of appearance in the action of additional parties**: The appearance of additional parties is unlikely.

(C)    **Proposed limits on the time to** (i) **join other parties and to amend the pleadings;** (ii) **file and hear motions; and** (iii) **to complete discovery**:

The parties agree this is a Standard Track case and propose the following schedule:

| *Event* | *Proposed Deadline* |
|---|---|
| Initial Disclosures Due | August 20, 2021 |
| Deadline to join additional parties and/or to amend the pleadings | September 17, 2021 |
| Fact Discovery Deadline | May 2, 2022 |

| | |
|---|---|
| Parties exchange expert witness summaries or reports | May 27, 2022 |
| Mediation shall be completed | June 2, 2022 |
| Parties exchange rebuttal expert witness summaries or reports | June 24, 2022 |
| Expert Discovery Deadline | July 22, 2022 |
| All dispositive and *Daubert* motions filed | July 29, 2022 |
| Parties shall submit joint pretrial stipulations, jury forms and jury instructions; deadline to file motions *in limine* | January 31, 2023 |
| Trial term begins | February 27, 2023 |

(D)   **Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment**: The parties will continue to work with one another throughout the case on the simplification of issues and the elimination of frivolous claims or defenses. The parties each anticipate that they will file a motion for summary judgment. The Court's rulings on the summary judgment motion may significantly impact the issues, claims and defenses in this case.

(E)   **The necessity or desirability of amendments to the pleadings**: At this time, the parties do not anticipate the need for amendment of the pleadings but request until September 17, 2021 to make that determination.

(F)   **The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence**: The parties anticipate that, once discovery commences, they will be able to work cooperatively to stipulate to certain facts, ESI, the authenticity and admissibility of documents, and other foundational facts to avoid unnecessary proof. At this time, the parties are unaware of any need for advance rulings from the court on the admissibility of evidence.

(G)   **Suggestions for the avoidance of unnecessary proof and of cumulative evidence**: The parties do not have any specific proposals at this time but anticipate that once discovery begins, they will be able to work cooperatively to reach agreements to avoid unnecessary proof and cumulative evidence.

(H)   **Suggestions on the advisability of referring matters to a Magistrate Judge or master**: At this time, the parties are unable to agree to refer this matter to a magistrate for purposes of trial.

However, they will continue to evaluate that possibility as the case progresses.

(I) **A preliminary estimate of the time required for trial**: The parties estimate the need for approximately ten (10) days for a jury trial.

(J) **Requested date or dates for conferences before trial, a final pretrial conference, and trial**: The parties request that trial be set to occur during the trial term beginning on February 27, 2023, and that the mandatory Pretrial Conference under Rule 16.1(c) be set sometime during February 2023.

(K) **Any issues about: (i) disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced; (ii) claims of privilege or of protection as trial-preparation materials, including -- if the parties agree on a procedure to assert those claims after production -- whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502; and (iii) when the parties have agreed to use the ESI Checklist available on the Court's website (www.flsd.uscourts.gov), matters enumerated on the ESI Checklist**: The parties anticipate disclosure of ESI in discovery. The parties are not aware of any issues related to the disclosure, discovery, or preservation of ESI, and have no requests for the Court at this time related to ESI. If any party has a specific need for metadata or the production of ESI in any other format, the parties will work together in good faith the resolve those needs without unduly burdening each other or the Court.

(L) **Any other information that might be helpful to the Court in setting the case for status or pretrial conference**: None at this time.

Dated:  August 2, 2021

Respectfully submitted,

Philip A. Byler
Email: pbyler@nmllplaw.com
Nesenoff & Miltenberg LLP
363 Seventh Avenue, 5th Floor
New York, NY 10001
Tel: (212) 736-4500
*admitted pro hac vice*

Rachel Strom
Email: rachelstrom@dwt.com |
Amanda Levine
Email: amandalevine@dwt.com
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor |
New York, NY 10020
Tel: (212) 402-4069
*Pro hac vice motions forthcoming*

| | |
|---|---|
| **Sean A. Burstyn** <br> Florida Bar No. 1028778 <br> Email: sean.burstyn@burstynlaw.com <br> Burstyn Law PLLC <br> 1111 Brickell Avenue, Suite 1550 <br> Miami, FL 33131 <br> Tel: (917) 810-8450 <br><br> *Attorneys for Plaintiff Alan Dershowitz* | **Deanna K. Shullman** <br> Florida Bar No. 514462 <br> Email: dshullman@shullmanfugate.com <br> Minch Minchin <br> Florida Bar No. 1015950 <br> Email: mminchin@shullmanfuage.com <br> Shullman Fugate PLLC <br> 2101 Vista Parkway, Suite 4006 <br> West Palm Beach, FL  33411 <br> Tel: (561) 429-3619 <br><br> *Attorneys for Defendants* |

**CERTIFICATE OF COMPLIANCE WITH CM/ECF PROCEDURE 3J(3)**

I HEREBY CERTIFY that, pursuant to CM/ECF Administrative Procedure 3J(3), counsel for Defendants consented to the filing of this Joint Scheduling Report.

By: */s/ Sean A. Burstyn*
Sean A. Burstyn