UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-21961-CIV-ALTONAGA/TORRES

ALAN DERSHOWITZ,

    Plaintiff,

      v.

NETFLIX, INC., *et al.*,

    Defendants.
_____/

**JOINT NOTICE OF FILING**
**PROPOSED ORDER SCHEDULING MEDIATION**

Pursuant to the Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [ECF No. 45], the parties jointly submit the attached Proposed Order Scheduling Mediation.

Dated:  August 24, 2021

Respectfully submitted,

| | |
|---|---|
| Philip A. Byler<br>Email: pbyler@nmllplaw.com<br>Nesenoff & Miltenberg LLP<br>363 Seventh Avenue, 5th Floor<br>New York, NY 10001<br>Tel: (212) 736-4500<br>*admitted pro hac vice* | Rachel Strom<br>Email: rachelstrom@dwt.com \|<br>Amanda Levine<br>Email: amandalevine@dwt.com<br>Davis Wright Tremaine LLP<br>1251 Avenue of the Americas, 21st Floor \|<br>New York, NY 10020<br>Tel: (212) 402-4069<br>*admitted pro hac vice* |

| | |
|---|---|
| **Sean A. Burstyn** | **Deanna K. Shullman** |
| Florida Bar No. 1028778 | Florida Bar No. 514462 |
| Email: sean.burstyn@burstynlaw.com | Email: dshullman@shullmanfugate.com |
| Burstyn Law PLLC | Minch Minchin |
| 1111 Brickell Avenue, Suite 1550 | Florida Bar No. 1015950 |
| Miami, FL 33131 | Email: mminchin@shullmanfuage.com |
| Tel: (917) 810-8450 | Shullman Fugate PLLC |
| | 2101 Vista Parkway, Suite 4006 |
| *Attorneys for Plaintiff Alan Dershowitz* | West Palm Beach, FL  33411 |
| | Tel: (561) 429-3619 |
| | |
| | *Attorneys for Defendants* |

## CERTIFICATE OF COMPLIANCE WITH CM/ECF PROCEDURE 3J(3)

I HEREBY CERTIFY that, pursuant to CM/ECF Administrative Procedure 3J(3), counsel for Defendants consented to the filing of this Joint Notice of Filing Proposed Order Scheduling Mediation.

By:    */s/ Sean A. Burstyn*
           Sean A. Burstyn