**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-21961-CIV-ALTONAGA/Torres**

**ALAN DERSHOWITZ,**

     Plaintiff,

v.

**NETFLIX, INC.**; *et al.*,

     Defendants.

_____/

## [PROPOSED] ORDER SCHEDULING MEDIATION

     The mediation conference in this matter shall be held with John W. Salmon on March 24, 2022, at 10:00 am via Zoom. The parties are reminded that a report of their mediation must be filed within seven (7) days thereafter.

**ENTERED** this ___ day of _____, 2021.


_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

Copies furnished to:
All counsel of record