UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-21961-CIV-ALTONAGA/Torres

**ALAN DERSHOWITZ**,

    Plaintiff,

vs.

**NETFLIX, INC.**; *et al.*,

    Defendants.

_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with John W. Salmon on March 24, 2022, ***in person.*** The parties are reminded that a report of their mediation must be filed within seven (7) days thereafter.

**ENTERED** this 24th day of August, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record