UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Alan Dershowitz,

    Plaintiff(s),

CASE NO: 21-CV-21961

v.

Netflix, Inc., et al,

    Defendant(s),
_____/

## NOTICE OF MEDIATION CONFERENCE

**NOTICE IS HEREBY GIVEN** that a mediation conference in the above styled cause will take place at the time, date and place below:

| | |
|---|---|
| **DATE**: | March 24, 2022 |
| **TIME**: | 10:00am |
| **PLACE**: | By Video Conference |
| **MEDIATOR**: | John W. Salmon, Esq. |

The client or a representative of the client with full authority to settle, other than counsel should be present. If insurance is involved, a representative of the insurance company must be present with full settlement authority for up to the policy limits or the plaintiff's last demand, whichever is less. Pursuant to Rule 1.720(e), unless otherwise stipulated by the parties, each party, 10 days prior to appearing at a mediation conference, shall file with the court and serve all parties a written notice identifying the person or persons who will be attending the mediation conference as a party representative or as an insurance carrier representative, and confirming that those persons have the required authority.

**A total of 4 hours has been set aside for this mediation. If more time is anticipated, please notify the mediator's office immediately.** *A cancellation fee will be charged, as set forth in the attached Mediation Engagement Agreement, if the mediation is canceled less than 72 hours prior to the scheduled conference date.* **Do not assume that the other side has notified us of a change or cancellation. Please call or e-mail our office.**

All parties acknowledge that the mediation conference, as well as all pre-mediation and post-mediation communications, constitute privileged and confidential communication between those present at the mediation conference as set forth in Chapter 44, Florida Statutes. Pre-mediation and post mediation communications are also confidential. All parties further acknowledge that the mediator is a neutral and may not act as an advocate for any party.

In accordance with the Americans with Disabilities Act of 1990, all persons who are disabled and who need special accommodations to participate in this proceeding because of that disability should contact our not later than twenty-one (21) business days prior to the mediation conference.

Respectfully Submitted:

**s/ John W. Salmon, Esq**
Florida Bar No: 271756
john@sd-adr.com, martha@sd-adr.com
Salmon & Dulberg Dispute Resolution
sd-adr.com
Phone: 305-371-5490

Copies furnished to: All Counsel of Record