UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-21961-CIV-ALTONAGA/TORRES

ALAN DERSHOWITZ,

    Plaintiff,

v.

NETFLIX, INC., LEROY & MORTON
PRODUCTIONS LLC, RADICALMEDIA LLC,
LISA BRYANT and JOSEPH BERLINGER,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING
FOR DISCOVERY HEARING SET FOR MARCH 3, 2022**

Plaintiff Alan Dershowitz, by and through undersigned counsel, respectfully submits this Notice of Filing of the enclosed Declaration of Christian G. Kiely, Esq., for the convenience of the Court and parties as Plaintiff intends to reference this document during the hearing before the Honorable Magistrate Judge Torres on March 3, 2022, at 1:30 p.m.

Respectfully submitted,

By: /s/ *Sean A. Burstyn*
Sean Alexander Burstyn
Florida Bar No. 1028778
Burstyn Law PLLC
*Counsel for Alan Dershowitz*
1111 Brickell Avenue
Suite 1550
Miami, FL 33131
917-810-8450
Sean.Burstyn@BurstynLaw.com

Benjamin H Brodsky, Esq.
Florida Bar No. 73748
Daniel L. Humphrey, Esq.
Florida Bar No. 1024695
BRODSKY FOTIU-WOJTOWICZ, PLLC
*Counsel for Alan Dershowitz*
200 SE 1 Street, Suite 400
Miami, Florida 33131
Tel: 305-503-5054
Fax: 786-749-7644
bbrodsky@bfwlegal.com
dan@bfwlegal.com
docketing@bfwlegal.com

**CERTIFICATE OF SERVICE**

We hereby certify that a true and correct copy of the foregoing was served via Electronic Mail on this **2nd day of March, 2022** to all counsel of record.

/s/  *Sean A. Burstyn*
Sean A. Burstyn, Esq.
