UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-21961-CIV-ALTONAGA/Torres

**ALAN DERSHOWITZ**,

      Plaintiff,
v.

**NETFLIX, INC.**; *et al.*,

      Defendants.
_____/

**ORDER**

      **THIS CAUSE** came before the Court on Plaintiff, Alan Dershowitz's Expedited Motion for Leave to Attend Mediation Remotely [ECF No. 87], filed on March 10, 2022. Defendants filed a Response [ECF No. 89] the following day, objecting to the relief Plaintiff seeks.

      Plaintiff states he has suffered "multiple serious health emergencies[,]" which have required an invasive surgery and subsequent period of hospitalization. (Mot. 1 (alteration added)). His doctors recommend that he avoid traveling long distances to ensure that he does not compromise his recovery. (*See id.*). Plaintiff has diligently followed this recommendation, missing several important family milestones and other scheduled obligations in the process. (*See id.* 1–2).

      "The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997) (citation omitted); *see also Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001) ("[W]e accord district courts broad discretion over the management of pre-trial activities, including discovery and scheduling." (alteration added; citations omitted)). Plaintiff chose this venue, but now it appears his health prevents him from traveling here to participate in mediation. (*See* Mot. 1). With an August trial date looming, the Court is concerned that Plaintiff's health might result in further

delays. Rather than risk further complications, the Court concludes a stay is warranted until Plaintiff is cleared to travel. The Court will not deprive Plaintiff of the benefits of his chosen venue, including significant and required pre-trial events such as the in-person mediation, and thereafter, trial.

Accordingly, it is

**ORDERED** that the Clerk of the Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes only. All motions are denied as moot. The Court nonetheless retains jurisdiction, and the case shall be restored to the active docket upon court order following motion of a party, which motion must include a revised joint scheduling report to govern the remainder of the case. Either party may move to reopen the case once Plaintiff advises his health has improved and offers firm dates for an in-person mediation.

The parties shall continue to engage in discovery during this time; they are cautioned not to move to reopen the case until they are ready to proceed with in-person mediation and trial. This Order shall not prejudice the rights of the parties to this litigation.

**DONE AND ORDERED** in Miami, Florida, this 11th day of March, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record