UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-21961-CIV-ALTONAGA/TORRES

ALAN DERSHOWITZ,

    Plaintiff,

      v.

NETFLIX, INC., *et al.*,

    Defendants.
_____/

### [PROPOSED] ORDER CLARIFYING ORDER (Dkt. 91)

The matter came before the Court on Defendants' Motion for Extension of Time to File Pre-trial Motions. The Court being fully advised in the premises, it is thereupon:

ORDERED AND ADJUDGED as follows:

This Court's March 11, 2022 Order staying this case "until Plaintiff is cleared to travel," but allowing the parties to continue in discovery is hereby clarified (Dkt. 91) to order that all discovery must be completed by the parties current discovery deadline of April 4, but all all other deadlines are stayed in light of Professor Dershowitz's health concerns.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this _____ day of March 2022.

                                                                           CECILIA M. ALTONAGA
                                                                          CHIEF UNITED STATES DISTRICT JUDGE

cc:    counsel of record

4857-5280-4117v.1 0094895-000117