**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-21961-Civ-ALTONAGA/TORRES

ALAN DERSHOWITZ,

    Plaintiff,

v.

NETFLIX, INC., LEROY & MORTON
PRODUCTIONS LLC,,
RADICALMEDIA LLC, LISA BRYANT
and JOSEPH BERLINGER,

    Defendants.

_____/

**DISCOVERY ORDER**

    This matter was before the Court on discovery disputes raised at a discovery calendar held March 3, 2022. The Court considered the parties' arguments on several pending issues and announced its rulings on the record of the hearing together with the supporting reasoning. This Order is entered to memorialize those rulings on the docket.

    1. Plaintiff Alan Dershowitz ("Plaintiff") shall not provide any documents designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" under the Stipulated Protective Order in this case that he obtained from Defendants Netflix, Inc., Leroy & Morton Productions LLC, RadicalMedia LLC, Lisa Bryant, or Joseph Berlinger (collectively "Defendants") to non-party

Virginia Giuffre in *Giuffre v. Dershowitz,* Case No. 19-cv-03377 (S.D.N.Y. 2019), absent further Order from this Court.

2. No later than Wednesday, March 9, 2022, Plaintiff shall complete all document productions to Defendants.

3. The deposition of Plaintiff and his wife, Ms. Cohen, shall proceed as scheduled and in accordance with the District Judge's Order entered March 14, 2022. If good cause is later shown, the Court may entertain any request to reopen the deposition in the event that the Court's Order is not fully complied with or if supplemental production is later Ordered. Any such request is moot if the depositions at issue already exceed seven hours provided by Rule 30.

4. Plaintiff's counsel will either provide revised privilege logs to Defendants that comply with the Court's directions at the hearing or otherwise will provide a sworn declaration averring that the logs produced on December 6, 2021 are complete and accurate as to this case. The Court will then entertain, if necessary, any request for in camera review of a sample of relevant documents to verify that privilege invocations were properly made.

5. No later than Friday, March 11, 2022, Plaintiff may submit a memorandum of law to the Court regarding the applicability of reporter's privilege to deposition questions concerning Ms. Giuffre's credibility or reliability as a source. Defendants may submit a response memorandum of law by Tuesday, March 15, 2022.

6. As stipulated by Plaintiff at the hearing and at D.E. 85, Plaintiff is waiving any claim for economic damages in any form in this case. In reliance on that stipulation, the Court will not compel production of Plaintiff's tax returns or other income-related documents. As to what effect such stipulation will have on Plaintiff's contractual claim, that matter may be raised where appropriate at a later stage of the case.

**DONE AND ORDERED** in Chambers at Miami, Florida this 14th day of March, 2022.

EDWIN G. TORRES
United States Magistrate Judge