UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-21961-CIV-ALTONAGA/Torres

ALAN DERSHOWITZ,

    Plaintiff,

v.

NETFLIX, INC., LEROY & MORTON
PRODUCTIONS LLC, RADICALMEDIA LLC,
LISA BRYANT and JOSEPH BERLINGER,

    Defendants.
_____/

    IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys for Plaintiff Alan Dershowitz and Defendants Netflix, Inc., RadicalMedia LLC, Leroy & Morton Productions LLC, Lisa Bryant, and Joseph Berlinger (together "Defendants") that the above-captioned action is dismissed with prejudice.

    For the avoidance of doubt, Plaintiff hereby dismisses all of his claims against Defendants with prejudice, and Defendants hereby dismiss their counter-claim against Plaintiff with prejudice.

Dated: March 14, 2022

| NESENOFF & MILTENBERG, LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: *Philip A. Byler* | By: *Rachel F. Strom* |
| Philip A. Byler | Rachel F. Strom |
| 363 Seventh Avenue, Fifth Floor<br>New York, NY 10001<br>(212) 736-4500<br>pbyler@nmllplaw.com | 1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020<br>(212) 402-4068<br>rachelstrom@dwt.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |